**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHAWN T. YINGLING AND PATRICIA    :   No. 710 MAL 2019
YINGLING,    :
    :
           Petitioners    :   Petition for Allowance of Appeal
       v.    :   from the Order of the
    :   Commonwealth Court
    :
HANOVER BOROUGH ZONING HEARING    :
BOARD AND UMPC PINNACLE    :
HANOVER,    :
    :
          Respondents    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.